IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR311 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY ROUILLARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the close of the government's case, the defendant moved "for a motion of acquittal to the one-count indictment for the reasons the government has not set forth yet a prima facie case that would allow the Court to have enough evidence to send th is to the jury" for their decision.  The Court took that motion under advisement, and following defendant's presentation of his evidence, the defendant again renewed the motion for acquittal.

The Court has reviewed the evidence and having in mind the elements of the offense as set forth in Instruction No. 10, finds that defendant's motion should be denied.  Accordingly,

IT IS ORDERED that defendant's motion for acquittal is denied.

DATED this 20th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court