IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR311 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY ROUILLARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for release of sentencing documents (Filing No. 56).  No objection having been filed by defendant, the Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion for release of sentencing documents is granted.  The plaintiff may provide copies of letters submitted at the time of sentencing to the victim.

DATED this 28th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court