IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR311 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY ROUILLARD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to dismiss (Filing No. 83). In view of the opinion of the United States Court of Appeals for the Eighth Circuit, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The indictment is dismissed without prejudice as to defendant Larry Rouillard.

DATED this 8th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court